08 JUL -8 AM 11:19

BY: ECL        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR2253BTM
                                    )
              Plaintiff,            )
                                    )   I N D I C T M E N T
      v.                            )
                                    )   Title 8, U.S.C.,
                                    )   Secs. 1324(a)(1)(A)(ii) and
AUGUSTIN CARRANZA-DUARTE,           )   (v)(II) - Transportation of
                                    )   Illegal Aliens and Aiding and
              Defendant.            )   Abetting
_____)

The grand jury charges:

Count 1

On or about June 19, 2008, within the Southern District of California, defendant AUGUSTIN CARRANZA-DUARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Gin-Sanchez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//

CEK:em:Imperial
7/7/08

Count 2

On or about June 19, 2008, within the Southern District of California, defendant AUGUSTIN CARRANZA-DUARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mario Miguel-Rojas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about June 19, 2008, within the Southern District of California, defendant AUGUSTIN CARRANZA-DUARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cresnenciano Rafael-Joaquin, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 8, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney