UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> AUGUSTIN CARRANZA - DIAZ ) <br> ) <br> Defendant(s) ) | 08MJ 8559 <br><br> CRIMINAL NO. 08CR 2253 - BTM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

*RECEIVED 2008 JUL 25 A 11: [illegible] — Leo S. Papas*

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted)**/ Case Disposed / Order of Court).

CRESENCIANO RAFAEL - JOAQUIN

DATED: 7/25/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082