UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 MJ 8557 |
| Plaintiff ) | CRIMINAL NO. 08 CR 2253 · BTM |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| AUGUSTIN CARRANZA-DIAZ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

RECEIVED
2008 JUL 25 A 11:1
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

Leo S. Papas

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

MARIO MIGUEL-ROJAS

DATED: 7/25/08

RECEIVED _____
            DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
**B. LLOYD**