```
 1  KAREN P. HEWITT
    United States Attorney
 2  DOUGLAS KEEHN
    Assistant United States Attorney
 3  California State Bar No. 233686
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-6549
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```



FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Magistrate Case No. 08CR2253-BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| AUGUSTIN CARRANZA-DUARTE, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and defendant AUGUSTIN CARRANZA-DUARTE, by and through and with the advice and consent of Krs J. Kraus, counsel for defendant, that:

1.   Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further plead guilty to Count 1 of the Indictment charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

//

sdd:8/8/08

ACD

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government prior to the disposition date set by the Court.

4    3.    The material witnesses, Antonio Gin-Sanchez, Mario Miguel-Rojas, and Crsnenciano Rafael-Joaquin, in this case:

    a.    Are aliens with no lawful right to enter or remain in the United States;

    b.    Entered or attempted to enter the United States illegally on or about June 19, 2008;

    c.    Were found in a vehicle driven by defendant in ~~San Clemente~~, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d.    Were paying approximately $2,200 to $2,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

1  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
2  waives the right to confront and cross-examine the material witness(es) in this case.

3      5.    By signing this stipulation and joint motion, defendant certifies that defendant has
4  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
5  further that defendant has discussed the terms of this stipulation and joint motion with defense
6  counsel and fully understands its meaning and effect.

7      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
8  immediate release and remand of the above-named material witness(es) to the Department of
9  Homeland Security for return to their country of origin.

10     It is STIPULATED AND AGREED this date.

11                                  Respectfully submitted,

12                                  KAREN P. HEWITT
                                    United States Attorney
13

14  Dated: 8/13/08                  /s/ M. Becker for
                                    STEVEN DE SALVO
15                                  Assistant United States Attorney

16
    Dated: 8/11/08                  /s/
17                                  KRIS J. KRAUS
                                    Defense Counsel for CARRANZA-DUARTE
18

19  Dated: 8/11/08                  /s/
                                    AUGUSTIN CARRANZA-DUARTE
20                                  Defendant

21
22
23
24
25
26
27
28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. AUGUSTIN CARRANZA-DUARTE   3                              08CR2253-BTM

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 8/13/08

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. AUGUSTIN CARRANZA-DUARTE   4

08CR2253-BTM