1  **KRIS J. KRAUS**
   California Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Augustin Carranza-Duarte

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,           )    Case No. 08CR2253-BTM
                                        )
12                    Plaintiff,        )
                                        )
13  v.                                  )
                                        )    JOINT MOTION TO CONTINUE
14  AUGUSTIN CARRANZA-DUARTE,           )    SENTENCING HEARING
                                        )
15                    Defendant.        )
    _____)

16

17        Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris Kraus, and

18  Federal Defenders of San Diego, counsel for Mr. Carranza-Duarte, along with Assistant United States

19  Attorney Steven DeSalvo, that the sentencing hearing in the above-mentioned case should be continued from

20  September 19, 2008 at 2:30 p.m. until October 10, 2008 at 8:45 a.m.

21        **SO STIPULATED.**

22  Dated:  September 3, 2008                    /s/ Kris J. Kraus
                                                 **KRIS J. KRAUS**
23                                               Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Carranza-Duarte
24

25  Dated:  September 3, 2008                    /s/ Steven DeSalvo
                                                 **STEVEN DeSALVO**
26                                               Assistant United States Attorney

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Steven DeSalvo**
Steven.DeSalvo@usdoj.gov

Dated: September 3, 2008                    /s/  Kris J. Kraus

                                                                KRIS J. KRAUS
                                                                Federal Defenders
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                e-mail: kris_kraus@fd.org