UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2253-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| AUGUSTIN CARRANZA-DUARTE, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Carranza-Duarte, who is in custody, be continued from September 19, 2008 at 2:30 p.m. until October 10, 2008 at 8:45 a.m. as stipulated and agreed upon by all parties. The time between September 19, 2008 and October 10, 2008 is excludable from the speedy trial clock.

**SO ORDERED.**

DATED: September 4, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge

08CR2253